Superior Loan Servicing
7525 Topanga Canyon Boulevard
Canoga Park, CA 91303

United States Bankruptcy Court
Northern District of California

In re: Pierce Contractors, Inc.

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/31/2020

/s/ Richard Pierce
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor