United States Bankruptcy Court
Northern District of California

In re: Pierce Contractors, Inc.   Case No.

                                  Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/28/2020        /s/ Richard Pierce
                        Signature of Individual signing on behalf of debtor

                        President
                        Position or relationship to debtor

Ford Motor Credit Company
PO Box 552679
Detroit, MI 48255


GM Financial
PO Box 78143
Phoenix, AZ 85060


Joel Gamburg Revocable Trust
333 West Santa Clara Street #610
San Jose, CA 95113


National Recovery Center
PO Box 67015
Harrisburg, PA 17106


Superior Loan Servicing
7525 Topanga Canyon Boulevard
Canoga Park, CA 91303