UNITED STATES BANKRUPTCY COURT
Northern District of California

In re **Pierce Contractors, Inc.**

Debtor

Bankruptcy No.: 20-50182
R.S. No.: ETW- 001
Hearing Date: May 1, 2020
Time: 10:00 a.m.
Place: San Jose – Courtroom 11

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **January 31, 2020 – Chapter 11**
Prior hearings on this obligation: _____ Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $ _____ Source of value: _____
Contract Balance: $ _____ Pre-Petition Default: $ _____
Monthly Payment: $ _____ No. of months: _____
Insurance Advance: $ _____ Post-Petition Default: $ _____
No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, San Jose, CA):
**194 LANTZ DRIVE, MORGAN HILLS, CA 95037**

Fair market value: $ **2,000,000.00**   Source of value: **Schedule A**   If appraisal, date: **none**

Moving Party's position (first trust deed, second, abstract, etc.): **1st Lien**

Approx. Bal.         **1,614,709.91**     Pre-Petition Default:   $ **156,083.43**
As of (date):        **2/14/2020**        No. of months:          **7**
Mo. Payment:         $ **20,232.26**      Post-Petition Default:  $ **40,646.52**
Notice of Default (date):   **8/30/2019** No. of months:          **2**
Notice of Trustee's Sale:   **12/20/2019** Advances Senior Liens: $ **-----**

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:  Movant | $ 1,614,709.00 | $ 20,232.26 | $ 196,729.95 |
| 2nd Trust Deed:  Joyce | $ 470,000.00 | $ Unknown | $ unknown |
| 3RD Trust Deed: | $ | $ | $ |
| (Total) | $ 2,084.709.00 | $ 20,232.26 | $ 196,729.95 |

(D) Other pertinent information: There has been no discussions or arrangements for a loan modification. Less than 20% equity after costs of sale. No Plan in prospect.

Dated: March 24, 2020         _____
                              Signature
                              **Edward T. Weber, Esq.**
                              Print or Type Name
                              Attorney for movant

Case: 20-50182   Doc# 26-1   Filed: 03/25/20   Entered: 03/25/20 17:19:27   Page 1 of 1