\*\*This document was electronically submitted to Santa Clara County for recording\*\*

**24269452**

Regina Alcomendras
Santa Clara County - Clerk-Recorder
08/30/2019 03:31 PM

Titles: 1     Pages: 3
Fees: $106.00
Tax: $0
Total: $106.00

RECORDING REQUESTED BY:
**WFG National-Default Services**

WHEN RECORDED MAIL TO:
**Asset Default Management, Inc.
7525 Topanga Canyon Blvd.
Canoga Park, California 91303**

1342937CAD

TS No.: **2019-00981**     Loan No.:          APN: **712-04-100**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

### IMPORTANT NOTICE
**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$49,443.23** as of **8/30/2019**, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Ex C

TS No.: 2019-00981    Loan No.:

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

Jerry Kiachian, Et Tal
C/O Asset Default Management, Inc.
7525 Topanga Canyon Blvd.
Canoga Park, California 91303
Phone: (818) 629-2272

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That **SUPERIOR LOAN SERVICING** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **5/2/2019**, executed by **PIERCE CONTRACTORS INC., A CALIFORNIA CORPORATION**, as Trustor, to secure certain obligations in favor of **SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/1,429,000 INTEREST**, as beneficiary, recorded **5/24/2019**, as Instrument No. **24188236**, in Book , Page ,  of Official Records in the Office of the Recorder of **Santa Clara** County, California describing land therein as: As more fully described in the Deed of Trust

Including one **NOTE(S) FOR THE ORIGINAL** sum of **$1,429,000.00**, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:
   **Installment of Principal and/or Interest plus impounds and/or advances which became due on 7/1/2019 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable. As a condition of reinstatement all property taxes and insurance must be current and proof must be provided.**

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 8/30/2019

SUPERIOR LOAN SERVICING, BY ASSET DEFAULT
MANAGEMENT, INC., AS AGENT FOR TRUSTEE

BY: _____
Julie Taberdo, Sr. Trustee Sale Officer

Ex C

# Declaration of Mortgage Servicer Pursuant to Civil Code § 2923.5(b)

Borrower(s): Pierce Contractors, Inc & Richard Pierce - FC

Loan No:

Property Address: 194 Lantz Drive Morgan Hill CA 95037

T.S. No.: 2019-00981

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. [ ] The mortgage servicer has contacted the borrower pursuant to California Civil Code § 2923.5(a) (2) "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. [ ] The mortgage servicer has exercised due diligence to contract the borrower pursuant to California Civil Code § 2923.5(e), to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due-diligence efforts were satisfied.

3. [✓] No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of Section 2920.5.

4. [ ] The requirements of Cal. Civil Code § 2923.5 do not apply because the loan is not secured by a first mortgage or first deed of trust that secures a loan, or that encumbers real property, described in Civil Code § 2924.15(a).

I certify that this declaration is accurate, complete and supported by competent and reliable evidence, which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Dated: 08/29/19

Veronica Hitchcock

By: _____

1

FORM 113 REV 1-14-13

Ex C