

# SUPERIOR Loan Servicing™

*"Superior Service for Superior Clients"*
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303
(818) 483-0027

2/14/2020

Pierce Contractors, Inc - FC BK 11
Richard Pierce
194 Lantz Drive
Morgan Hill, CA 95037

Borrower: Pierce Contractors, Inc - FC BK 11   Property: 194 Lantz Drive, Morgan Hill, CA 95037
Richard Pierce
Account:

## PAYOFF FOR DEFAULT PROCESSING

| Payoff Date | 1/31/2020 |
|---|---|
| Maturity Date | 6/1/2021 |
| Next Payment Due | 7/1/2019 |
| Interest Rate | 16.990% |
| Interest Paid-To Date | 6/1/2019 |
| Principal Balance | $1,429,000.00 |
| Accrued Interest From 6/1/2019 To 1/31/2020 | $161,858.07 |
| Accrued Late Charges | $14,162.61 |
| Unpaid Charges   *For additional details see itemization below* | $9,689.23 |
| **Payoff Amount** | **$1,614,709.91** |

Please add $674.41 per Diem

### ITEMIZATION OF UNPAID CHARGES

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|---|---|---|---|---|---|
| 05/30/2019 | Affordable Housing Recording Fee | 0.000% | $75.00 | $0.00 | $75.00 |
| 08/29/2019 | Default Processing fee (July & August) | 0.000% | $295.00 | $0.00 | $295.00 |
| 02/10/2020 | FC (I) good thru 2/3/20 $9,319.23 | 16.990% | $9,319.23 | $0.00 | $9,319.23 |
| | | | | Total | $9,689.23 |

Sincerely,
Kevin Sanchez
Loan Servicing Specialist
818-483-0027
TeamDM@slsbox.com

Ex F

# LOAN REINSTATEMENT CALCULATION

| COMPANY | |
|---|---|
| Superior Loan Servicing | |
| 7525 Topanga Canyon Blvd. | |
| Canoga Park CA 91303 | |
| (818) 483-0027 | |

| ACCOUNT NO. | |
|---|---|
| STATEMENT DATE | 2/14/2020 |

**SUMMARY**

| | |
|---|---|
| Unpaid Installments | $141,625.82 |
| Accrued Late Charges | $14,162.61 |
| Unpaid Late Charges | $0.00 |
| Unpaid Charges | $295.00 |
| Unpaid Interest | $0.00 |
| **To Reinstate as of 1/31/2020, Please Pay:** | **$156,083.43** |

Property: 194 Lantz Drive Morgan Hill CA 95037

| BORROWER |
|---|
| Pierce Contractors, Inc - FC BK 11 |
| Richard Pierce |
| 194 Lantz Drive |
| Morgan Hill CA 95037 |

## ITEMIZATION OF UNPAID INSTALLMENTS

| Payment Due Date | Note Rate | Payment Amount | Apply To Principal | Apply To Interest | Apply To Trust | Other | Unpaid Interest | Unpaid Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Balance Forward: | $0.00 | $1,429,000.00 |
| 7/1/2019 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| 8/1/2019 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| 9/1/2019 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| 10/1/2019 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| 11/1/2019 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| 12/1/2019 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| 1/1/2020 | 16.990% | $20,232.26 | $0.00 | $20,232.26 | $0.00 | $0.00 | $0.00 | $0.00 | $1,429,000.00 |
| | | $141,625.82 | $0.00 | $141,625.82 | $0.00 | $0.00 | $0.00 | | |



Ex F