Debtor: Pierce Contractors, Inc.
Name

Case number (if known) _____

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 194 Lantz Drive, Morgan Hill California | Fee Simple | $ 2,000,000.00 | Comp analysis | $ 2,000,000.00 |
| 55.2 | | $ | | $ 0.00 |
| 55.3 | | $ | | $ |

56. **Total of Part 9.** $ 2,000,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☑ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.** $ _____
    Add lines 60 through 65. Copy the total to line 89.

Ex G