County of Santa Clara
Department of Tax and Collections
70 West Hedding Street
East Wing, 6th Floor
San Jose, California 95110-1767

**SECURED PROPERTY TAX BILL**
**TAX YEAR: 2019-2020**
for July 01, 2019 through June 30, 2020

**ASSESSOR'S PARCEL NUMBER (APN): 712-04-100**

# DELINQUENT TAX DUE

ASSESSEE NAME WITHHELD PER CA AB 2238

MAILING ADDRESS INFORMATION WITHHELD
ONLINE ONLY

### TAX BILL INFORMATION

**PROPERTY ADDRESS:**
194 LANTZ DR
MORGAN HILL CA 95037

| | |
|---|---|
| **BILL ID:** | 6105517 |
| **BILL SUFFIX:** | 00 |
| **TAX RATE AREA:** | 087-031 |
| **BILL CREATED:** | 01/21/2020 |

**ASSESSEE AS OF 12:01AM, JANUARY 1, 2019 LIEN DATE:**

SEC-REG-20200303                    12561

### SUMMARY OF TAXES

| | |
|---|---|
| Assessed Value of the Property | $1,722,265 |
| Less Exemption | 7,000 |
| Net Assessed Value | $1,715,265 |
| Taxes Due | $20,152.92 |
| Special Assessments | 191.44 |
| **Total Amount Due** | **$20,344.36** |
| Penalties, Cost, Return Check Charges | $1,037.21 |
| Less Amount Paid | 0.00 |
| **Current Amount Due** | **$21,381.57** |
| (DETAILS OF TAX CALCULATIONS ARE ON THE REVERSE SIDE) | |

### CONTACT INFORMATION

| | |
|---|---|
| Department of Tax and Collections: | www.sccdtac.org |
| Tax Bill: | (408) 808-7900 |
| Office of the Assessor: | www.sccassessor.org |
| Assessed Value: | (408) 299-5300 |
| Change of Address: | (408) 299-5526 |
| Exemptions: | (408) 299-6460 |
| Special Assessments: | www.sccgov.org/SA |

### IMPORTANT MESSAGES

The 1st installment of property tax is now delinquent and a 10% penalty and cost have been added. The 1st installment must be paid before the 2nd installment. Please see amounts to pay on the payment coupon below. This notice refers to taxes for fiscal year 2019-20 only.

### PAY ELECTRONICALLY




**taxpayment.sccdtac.org**

VISA   DISCOVER   eCheck

**SCC DTAC App**

Visit www.WhereDoTaxesGo.org for tax distribution details.

Sign up to receive email reminders for important announcements related to your property tax bills at: www.sccdtac.org/subscribe

---

**2019-2020**   COUNTY OF SANTA CLARA SECURED PROPERTY TAXES - 2ND INSTALLMENT

SEC-REG-20200303
12561
20200121/20200303

**2**

ASSESSEE NAME WITHHELD PER CA AB 2238

194 LANTZ DR
MORGAN HILL CA 95037

**APN: 712-04-100-00**



**MAKE CHECKS PAYABLE TO: SCC DTAC**
Please write your APN and installment number on your check.

MAIL TO:

DEPARTMENT OF TAX AND COLLECTIONS
PO BOX 60534
CITY OF INDUSTRY, CA 91716-0534

**DUE: February 01, 2020**
DELINQUENT AFTER April 10, 2020

| **AMOUNT DUE** | **$10,172.18** |
|---|---|

$11,209.39 if not paid by 04/10/2020, includes 10% and $20.00 cost.

1 0071204100 0000 2 00001017218 6

---

**2019-2020**   COUNTY OF SANTA CLARA SECURED PROPERTY TAXES - 1ST INSTALLMENT

SEC-REG-20200303
12561

Ex H

## ASSESSED VALUES

| | |
|---|---|
| LAND | 688,905 |
| IMPROVEMENTS | 1,033,360 |
| **TOTAL LAND AND IMPROVEMENTS** | **1,722,265** |
| PERSONAL PROPERTY | 0 |
| **TOTAL ASSESSED VALUE** | **1,722,265** |
| LESS HOMEOWNER'S EXEMPTION | 7,000 |
| LESS OTHER EXEMPTION | |
| **NET ASSESSED VALUE** | **$1,715,265** |

## DETAIL OF TAXES DUE

| TAXING AGENCY | VALUE | RATES (%) | AMOUNT |
|---|---|---|---|
| **LAND, IMPROVEMENTS, PERSONAL PROPERTY** | | | |
| 1% MAXIMUM LEVY | 1,715,265 | 1.000000 | |
| CO BOND 2008 HOSP FAC | 1,715,265 | 0.006900 | |
| CO LIBRARY RETIREMENT | 1,715,265 | 0.002400 | |
| CO RETIREMENT LEVY | 1,715,265 | 0.038800 | |
| CO. HOUSING BOND 2016 | 1,715,265 | 0.010000 | |
| COMM COLLEGE BONDS | 1,715,265 | 0.043100 | |
| ELEM OR UNIF SCH BONDS | 1,715,265 | 0.069600 | |
| **TOTAL ASSESSED VALUE TAXES** | | **1.170800** | **20,082.31** |
| **LAND AND IMPROVEMENTS** | | | |
| SCVWD-STATE WATER PROJ | 1,722,265 | 0.004100 | |
| **TOTAL LAND & IMPROVEMENT TAXES** | | **0.004100** | **70.61** |

## PAYMENTS

| | |
|---|---|
| PAYMENTS APPLIED TO 1ST INSTALLMENT | 0.00 |
| PAYMENTS APPLIED TO 2ND INSTALLMENT | 0.00 |
| **AMOUNT PAID** | **$0.00** |

| | | |
|---|---|---|
| ROUNDING ADJUSTMENT | | 0.00 |
| | **TAXES DUE** | **$20,152.92** |

Visit www.WhereDoTaxesGo.org for 1% maximum levy and debt levy distribution information.

## DETAIL OF SPECIAL ASSESSMENTS

| SA# | TAXING AGENCY | NAME | CONTACT | AMOUNT |
|---|---|---|---|---|
| *0728 | SANTA CLARA VALLEY WATER DIST | SAFE, CLEAN WATER | 408-630-2810 | 73.64 |
| 0847 | SANTA CLARA COUNTY-VECTOR CTRL | SCCO VECTOR CONTROL | 800-273-5167 x105 | 5.08 |
| 0848 | SANTA CLARA COUNTY-VECTOR CTRL | MOSQUITO ASMT #2 | 800-273-5167 x105 | 8.44 |
| 0851 | SANTA CLARA COUNTY-LIBRARY JPA | LIBRARY JPA CD 2013-1 | 408-293-2326 x3004 | 33.66 |
| 0883 | SANTA CLARA VALLEY WATER DIST | FLOOD CTL DEBT-EAST | 408-630-2810 | 22.62 |
| *0980 | SF BAY RESTORATION AUTHORITY | MEASURE AA | 888-508-8157 | 12.00 |
| 0990 | SANTA CLARA VLLY OPEN SPACE AUTH | SCVOSA ASMT # 1 | 800-273-5167 x105 | 12.00 |
| 0991 | SANTA CLARA VLLY OPEN SPACE AUTH | SCVOSA MEASURE Q | 800-273-5167 x105 | 24.00 |
| | | | **TOTAL** | **$191.44** |

## INSTALLMENT 1

| | |
|---|---|
| DUE DATE | 11/01/2019 |
| DELINQUENT AFTER | 12/10/2019 |
| TAXES AND SPECIAL ASSESSMENTS | $10,172.16 |
| 10% DELINQUENT PENALTY | 1,017.21 |
| DELINQUENT COST | 20.00 |
| RETURNED CHECK CHARGE | 0.00 |
| LESS AMOUNT PAID | 0.00 |
| **TOTAL INSTALLMENT AMOUNT** | **$11,209.39** |

## INSTALLMENT 2

| | |
|---|---|
| DUE DATE | 02/01/2020 |
| DELINQUENT AFTER | 04/10/2020 |
| TAXES AND SPECIAL ASSESSMENTS | $10,172.16 |
| 10% DELINQUENT PENALTY | 0.00 |
| DELINQUENT COST | 0.00 |
| RETURNED CHECK CHARGE | 0.00 |
| LESS AMOUNT PAID | 0.00 |
| **TOTAL INSTALLMENT AMOUNT** | **$10,172.16** |

* Exemptions may be available for seniors and/or homeowners who meet eligibility requirements.
Contact the specific agency above or go to www.sccdtac.org/pte for more information.

SEC-REG-20200303   12561   20200121/20200303

GO GREEN! Sign up at www.sccassessor.org/register to receive your property tax bill electronically.

| PAY ONLINE | MOBILE PAY | IN-PERSON (WALK IN) |
|---|---|---|
|  **taxpayment.sccdtac.org** There is no fee if you pay by electronic check. Credit card convenience fee amounts are detailed on the website. | Pay your property taxes using a smartphone or tablet. Use our new mobile app SCC DTAC to pay your property tax bill. Available for devices using iOS and Android operating systems.   | Deliver in person to: 70 West Hedding St., East Wing, 6th Floor, San Jose, CA 95110 Hours of operation (County holidays excluded) : Office: 8:00 a.m. to 5:00 p.m. Monday - Friday Phone: 9:00 a.m. to 4:00 p.m. Monday - Friday Second installment payment must be received in our office by 5:00 p.m. on APRIL 10, 2020. |

     

## PAYMENTS BY MAIL

Use the envelope provided and return the coupon(s) with your payment and include your mailing address and APN(s) on your check or money order. A returned check charge of $85 will be added for every check returned unpaid by the bank. Penalties will apply if taxes are not paid by the delinquency date.

To avoid penalties, property tax payments must be received or postmarked in a United States Postal Service (USPS) office by the delinquency date of April 10, 2020. However, if the delinquency date falls on Saturday, Sunday, or County holiday, payments must be made by 5:00 p.m. on the next business day. If payments are received after the delinquency date with no postmark, penalties will be imposed in accordance with State law. Metered postage dates do not qualify as USPS postmarks.

Non-USPS mail via Private Delivery Service should be delivered to:
Deluxe/Remitco, Lockbox 60534/Santa Clara Secured, 2525 Corporate Park #250, Monterey Park, CA 91754

Private Delivery Service should be a County designated delivery service (www.sccdtac.org/pds). Payment received date is the date shown by the private delivery service on the packing slip or air bill attached to the outside of the envelope or package containing the remittance.

GO GREEN! Sign up at www.sccassessor.org/register to receive your property tax bill electronically.

Case: 20-50182   Doc# 26-9   Filed: 03/25/20   Entered: 03/25/20 17:19:27   Ex H   Page 2 of 2
