

# TRUSTEE'S SALE GUARANTEE

SUBJECT TO THE EXCLUSIONS FROM COVERAGE AND THE CONDITIONS ATTACHED HERETO AND MADE A PART OF THIS GUARANTEE

**WFG NATIONAL TITLE INSURANCE COMPANY**
a South Carolina corporation, herein called the Company

GUARANTEES

the Assured named in Schedule A of this Guarantee

against loss or damage not exceeding the liability amount stated in Schedule A sustained by the Assured by reason of any incorrectness in the assurances set forth in Paragraph 3 of Schedule A.

**In Witness Whereof**, WFG NATIONAL TITLE INSURANCE COMPANY has caused this guarantee to be signed and sealed by its duly authorized officers as of Date of Guarantee shown in Schedule A.

WFG NATIONAL TITLE INSURANCE COMPANY

By: _____
President

ATTEST: _____
Secretary



Ex I

WFG Form No. 3174406
CLTA Guarantee Form No. 22 (06-05-14) – Trustee's Sale Guarantee
Revised 10/09/2017


Case: 20-50182    Doc# 26-10    Filed: 03/25/20    Entered: 03/25/20 17:19:27    Page 1 of 6

# TRUSTEE'S SALE GUARANTEE

## SCHEDULE A

Guarantee No.: 317446-3378019  
File No.: 1342937CAD  
Your No.: 2019-00981  

Date of Guarantee: August 30, 2019

Liability: $1,434,000.00

Fee: $1,475.00

1. Name of Assured:

   **Asset Default Management, Inc., as agent and Superior Loan Servicing and Sassan Raissi, a sole individual, as to an undivided 600,000/1,429,000 interest; Jerry Kiachian, a married man as his sole and separate property, as to an undivided 629,500/1,429,000 interest; Mohsen Keyashian, a married man as his sole and separate property, as to an undivided 200,000/1,429,000 interest**

2. The estate or interest in the Land that is the subject of this Guarantee is:

   **A fee as to Parcel(s) One, an easement as to Parcel(s) Two, Three**

3. Assurances:

   According to the Public Records as of the Date of Guarantee,

   a. Title to the estate or interest is vested in:

   **Pierce Contractors, Inc., a California Corporation**

   b. Title to the estate or interest is subject to defects, liens or encumbrances shown in Schedule B which are not necessarily shown in the order of their priority.

   c. The Land referred to in this Guarantee is situated in the State of California, County of Santa Clara, and is described as follows:

   **See Exhibit "A" attached hereto and made a part hereof**

   d. Relative to the Mortgage shown in Paragraph 9 of Schedule B:

   i. For the purposes of California Civil Code §§ 2924b (b) and (d), the address of the trustor or mortgagor as shown in the Mortgage is:

   **Pierce Contractors, Inc., a California Corporation**  
   **18605 Arguello Avenue**  
   **Morgan Hill, CA 95037**

   **Pierce Contractors, Inc., a California Corporation**  
   **194 Lantz Drive**  
   **Morgan Hill, CA 95037**

   ii. The names and addresses of all persons who have recorded requests for a copy of notice of default and for a copy of notice of sale as provided by California Civil Code §§ 2924b (a), (b) and (d) are:

   **UNIFIED MORTGAGE SERVICES, INC.,**  
   **A CALIFORNIA CORPORATION**  
   **2020 CAMINO DEL RIO N, SUITE 230**  
   **SAN DIEGO, CA 92108**

   iii. The names and addresses of all additional persons who are entitled to receive a copy of notice of default and a copy of notice of sale as provided by California Civil Code §§ 2924b (c) (1), (2) and (3) are:

   **Richard W. Joyce**  
   **212 Grand Coulee Avenue**  
   **Grand Coulee, WA 99133**

   Affects: Item 10

   **Yang Cha Joyce**  
   **212 Grand Coulee Avenue**  
   **Grand Coulee, WA 99133**

WFG Form No. 3174406  
CLTA Guarantee Form No. 22 (06-05-14) – Trustee's Sale Guarantee  
Revised 06-2017

Ex I

Affects: Item 10

Richard W. Joyce and Yong Cha Joyce, husband and wife as joint tenants
c/o C.N.A. Foreclosure Services, Inc.
2020 Camino Del Rio North Suite #230
San Diego, CA 92105

Affects: Item 10

iv. The names and addresses of all associations defined in California Civil Code §§ 4080 or 6528 that have recorded a request for notice that are entitled to receive a copy of any trustee's deed upon sale as provided by California Civil Code § 2924b (f) are:

None

v. The names and addresses of all state taxing agencies that are entitled to receive a copy of notice of sale as provided by California Civil Code § 2924b (c) (3) are:

None

vi. The address of the Internal Revenue Service to which a copy of notice of sale is to be mailed as provided by California Civil Code § 2924b (c) (4) is:

Not Applicable

vii. The name of each city in which the Land is located is:

Unincorporated

If not in a city, each public notice district in which the land is located is:

Gilroy Morgan Hill

viii. The name of a newspaper of general circulation for the publication of a notice of sale as required by California Civil Code § 2924f (b) (1) is:

Morgan Hill Times - Pub. Dates: Friday



Ex I

# TRUSTEE'S SALE GUARANTEE

## SCHEDULE B

1. Property taxes, which are a lien not yet due and payable, including any assessments collected with taxes, to be levied for the fiscal year 2019 - 2020.

2. General and Special City and/or County taxes, including any personal property taxes and any assessments collected with taxes, for the fiscal year 2018 - 2019:

   | | |
   |---|---|
   | 1st Installment: | $10,204.61, due November 1, 2018, Paid |
   | 2nd Installment: | $10,204.61, due February 1, 2019, Paid |
   | Parcel No.: | 712-04-100 |
   | Code Area: | 87-031 |

3. Assessments, if any, for Community Facility Districts affecting said land which may exist by virtue of assessment map or notices filed by said districts. Said assessments are collected with the County Taxes.

4. The lien of supplemental taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California.

5. Said land disclosed herein is also known by the County Tax Assessor as the following parcel number(s):

   712-04-100

6. Covenants, conditions, or restrictions, if any, appearing in the Public Records; but omitting, except to the extent permitted by any applicable federal or state law, covenants or restrictions, if any, based on race, color, religion, sex, familial status, national origin, handicap, sexual orientation, marital status, ancestry, source of income, disability, medical condition, or other unlawful basis.

7. Any easements, servitudes, or senior encumbrances appearing in the Public Records.

8. Any lease, grant, exception, or reservation of mineral rights appearing in the Public Records.

9. Deed of Trust and Assignment of Rents to secure an indebtedness in the amount shown below, and any other obligations secured thereby:

   | | |
   |---|---|
   | Amount: | $1,429,000.00 |
   | Dated: | May 2, 2019 |
   | Trustor: | Pierce Contractors, Inc., a California Corporation |
   | Trustee: | Superior Loan Servicing |
   | Lender: | Sassan Raissi, a sole individual, as to an undivided 600,000/1,429,000 interest; Jerry Kiachian, a married man as his sole and separate property, as to an undivided 629,500/1,429,000 interest; Mohsen Keyashian, a married man as his sole and separate property, as to an undivided 200,000/1,429,000 interest |
   | Recorded: | May 24, 2019 |
   | Instrument No.: | 24188236, of Official Records |

   The matters contained in an instrument entitled A Request for Notice Under Section 2924B Civil Code, Executed by Unified Mortgage Service, Inc., and recorded July 31, 2019, as Instrument No. 24242694, of Official Records.

   A Notice of Default and Election to Sell Under Deed of Trust recorded August 30, 2019, as Instrument No. 24269452, of Official Records.

10. Deed of Trust With Assignment of Rents (Long Form) to secure an indebtedness in the amount shown below, and any other obligations secured thereby:

    | | |
    |---|---|
    | Amount: | $470,000.00 |
    | Dated: | May 8, 2019 |
    | Trustor: | Pierce Contractors, Inc., a California Corporation |
    | Trustee: | First American Title Insurance Company, a Nebraska corporation |
    | Lender: | Richard W. Joyce and Yong Cha Joyce, husband and wife as joint tenants |
    | Recorded: | May 24, 2019 |

WFG Form No. 3174406
CLTA Guarantee Form No. 22 (06-05-14) – Trustee's Sale Guarantee
Revised


Ex I

Instrument No.: 24188237, of Official Records

The above Deed of Trust recites that it is subordinate to the Deed of Trust recorded concurrently therewith.

A Substitution of Trustee which names C.N.A. Foreclosure Services, Inc., a California Corporation as trustee, recorded August 13, 2019, as Instrument No. 24253333, of Official Records.

A Notice of Default and Election to Sell Under Deed of Trust recorded August 13, 2019, as Instrument No. 24253334, of Official Records.

11. Any claim arising out of a bankruptcy proceeding that is not disclosed by notice pursuant to U.S.C. § 549 (c).

NOTE: If the property which is the subject of this report or guarantee has been used, is being used, or was acquired with the intent that it be used in connection with a marijuana related enterprise, including but not limited to the cultivation, storage, distribution, transport, manufacture or sale of marijuana and/or products containing marijuana, the federal government (or the state or local government if such use is deemed to be noncompliant with state or local law) may claim a preeminent right to the property automatically effective as of the date of the use which it deems illegal. Nothing in this report or guarantee provides assurances against the exercise of such a governmental forfeiture, regulatory or police power, and further, Company expressly reserves the right to decline to close or insure such a property following the completion of any litigation or foreclosure action conducted on said property. You are advised to consult your legal counsel on whether it is required, advisable, or inadvisable to give notice to the Federal and/or State government in order to address potential forfeiture issues.

EXHIBIT "A"

LEGAL DESCRIPTION

The land referred to herein below is situated in the unincorporated area in County of Santa Clara, State of California and is described as follows:

Parcel One:

A portion of that property shown as Parcel "A" on that Parcel Map filed for record in Book 319 of Maps, at Page 4, Santa Clara County Records, described as follows:

Beginning at the Northernmost corner of said Parcel "A" and proceeding S. 41° 45' E., along the Northeasterly line of said Parcel "A" 241.08 feet; Thence S. 50° 37' W., 369.72 feet to a point on the Southwesterly line of said Parcel "A" as shown on said Map; Thence N. 39° 23' W., along last said line 229.15 feet to a point on the Northwesterly line of said Parcel "A"; Thence N. 48° 45' E., along last said line 359.94 feet to the point of beginning.

Pursuant to Certificate of Compliance recorded August 17, 1990 as Instrument No. 10627538 of Official Records.

Parcel Two:

An easement for water pipe line 10 feet wide, described as follows:

Beginning at a point on the Northwesterly line of Parcel 3, said point being on the Northeasterly line of Lantz Avenue, as said Parcel and Avenue are shown on the Parcel Map filed on August 25, 1972 in Book 307 of Maps, at Page 31, Santa Clara County Records; Thence along said Northeasterly line of Lantz Avenue N. 39° 23' 00" W., 1164.43; Thence S. 48° 45' 99' W., 10.00 feet; Thence S. 39° 23' 00" E., 1163.93 feet; Thence N. 51° 02' E., 10.00 feet to the point of beginning.

Parcel Three:

An easement for water pipe line 10 feet wide, described as follows:

Beginning at a point on the Southeasterly line of Parcel B, said point being on the Northeasterly line of Lantz Avenue, as said Parcel and Avenue are shown on the Parcel Map filed March 20, 1973 in Book 319 of Maps, at Page 3, Santa Clara County Records; Thence N. 51° 02' E., 185.00 feet; Thence N. 38° 58' W., 10.00 feet; Thence S. 51° 02' W., 184.93 feet; Thence S. 39° 23' E, 10.00 feet to the point of beginning.

NOTE: For information purposes only, for which the Company assumes no liability for any inaccuracies or omissions, the purported street address of said land as determined from the latest County Assessor's Roll is:

194 LANTZ DRIVE, Morgan Hill, CA 95037

Ex I