```
                           United States Bankruptcy Court
                           Northern District of California
```

In re:                                                         Case No. 20-50182-MEH
Pierce Contractors, Inc.                                       Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5          User: arosales          Page 1 of 1          Date Rcvd: Mar 30, 2020
                              Form ID: pdfeoc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db             +Pierce Contractors, Inc.,   194 Lantz Drive,   Morgan Hill, CA 95037-9346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              Austin P. Nagel    on behalf of Creditor    Ford Motor Credit Company, servicing agent for Cab West,
               LLC melissa@apnagellaw.com
              Edward T. Weber    on behalf of Requestor    SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED
               600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS
               TO AN UNDIVIDED 629,000/1,429,000 INTEREST; MOHSEN ed@eweberlegal.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
              Randall P. Mroczynski    on behalf of Creditor    Acar Leasing Ltd. d/b/a GM Financial Leasing
               rmroczynski@cookseylaw.com
              Trevor Ross Fehr    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ
               trevor.fehr@usdoj.gov
              William W. Winters    on behalf of Debtor    Pierce Contractors, Inc. william@mlnariklaw.com,
               mlnariklawecfnoticescanb@gmail.com
                                                                                             TOTAL: 6



1  RANDALL P. MROCZYNSKI, ESQ.
   [State Bar No. 156784]
2  **COOKSEY, TOOLEN, GAGE,**
   **DUFFY & WOOG**
3  535 Anton Boulevard, Tenth Floor
   Costa Mesa, California  92626-1977
4  Telephone:   (714) 431-1026
   Facsimile:    (714) 431-1119

The following constitutes the order of the Court.
Signed: March 30, 2020

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

6  Attorneys for Movant;
   ACAR LEASING LTD.
7  d/b/a GM FINANCIAL LEASING

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO.  20-50182 |
| PIERCE CONTRACTORS, INC. and, | CHAPTER 11 |
| Debtor. | RS No: RPM - 72 |
| ACAR LEASING LTD. d/b/a GM FINANCIAL LEASING, | **ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION RESOLVING ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| vs. | |
| PIERCE CONTRACTORS, INC., | Hearing on Motion: |
| Respondent. | Date:  March 26, 2020
Time:  1:00 p.m.
Ctrm:  11 |

Having considered the Stipulation by and between Movant, ACAR LEASING LTD. d/b/a GM FINANCIAL LEASING ("Movant") and Debtors, PIERCE CONTRACTORS, INC. ("Debtor") resolving movant's motion for relief from the automatic stay (the "Stipulation") and with good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.)   The Stipulation is approved.

2.)   Debtor shall resume making regular monthly payments to Movant in the amount of

$443.83, commencing April 23, 2020 and continuing on the 23rd date of each month thereafter throughout the pendency of this case;

3. Debtor shall cure the post-petition arrears owing to Movant and comprised of the January 23, 2020 through March 23, 2020 payments in the aggregate amount of $887.66 in three installments of $295.89 each to be tendered on April 23, 2020, May 23, 2020 and June 23, 2020, respectively;

4. Debtor shall continue to maintain physical damage insurance on the Vehicle, reflecting Movant as the loss payee/lienholder during the pendency of this bankruptcy case and will provide Movant with satisfactory proof of the same from time to time as required by the underlying Lease.

5. In the event of a default by Debtor under any of the paragraphs above, Movant shall send a notice of default to the Debtor and Debtor's attorney, informing the same of such default. If the stated default is not cured within five (5) days of the date of the default letter, Movant may request the Court order relief from the automatic stay on an *ex parte* basis by submitting a declaration regarding the underlying default and by lodging a proposed Order Terminating Automatic Stay. The Court may then enter such Order Terminating Automatic Stay without further notice, hearing or order thereby allowing Movant to retake possession of the Vehicle, and liquidate the same pursuant to the terms and conditions of the underlying Lease.

6. In the event Movant obtains relief from the automatic stay as described above in paragraph 5, the provisions of Federal Rule of Bankruptcy Procedure §4001(a)(3) are waived.

\* \* \* \* END OF ORDER \* \* \* \*

## COURT SERVICE LIST

**DEBTOR:**
Pierce Contractors, Inc.
194 Lantz Drive
Morgan Hill, CA 95037

**ATTORNEY FOR DEBTOR**:
To be served electronically

**U.S. TRUSTEE:**
To be served electronically

**ATTORNEYS FOR MOVANT:**
To be served electronically