Entered on Docket
May 19, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



THE MLNARIK LAW GROUP, INC.
WILLIAM W. WINTERS (SBN 302818)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorneys for Debtor
Pierce Contractors, Inc.

The following constitutes the order of the Court.
Signed: May 18, 2020

_M. Elaine Hammond_
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 20-50182 MEH**<br><br>Date: 05/12/20<br>Time: 1:00 p.m.<br>Ctrm: 11<br><br>HON. M. ELAINE HAMMOND |

**<u>ORDER DENYING CREDITORS SASSAN RAISSI, JERRY KIACHIAN AND MOHSEN KEYASHIAN'S MOTION FOR RELIF FROM STAY</u>**

The Motion for Relief from Stay filed by SASSAN RAISSI, JERRY KIACHIAN and MOHSEN KEYASIAN on March 25, 2020 (Docket No. 26) came before the Court for hearing on May 12, 2020 at 1:00 p.m. For the reasons stated on the record, the motion is denied.

***END OF ORDER***

COURT SERVICE LIST

All Parties are Registered CM/ECF Participants