```
                            United States Bankruptcy Court
                             Northern District of California
```

In re:                                                              Case No. 20-50182-MEH
Pierce Contractors, Inc.                                            Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: arosales         Page 1 of 1          Date Rcvd: Jun 09, 2020
                              Form ID: pdfeoc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db             +Pierce Contractors, Inc.,   194 Lantz Drive,   Morgan Hill, CA 95037-9346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                    Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Austin P. Nagel    on behalf of Creditor    Ford Motor Credit Company, servicing agent for Cab West,
               LLC melissa@apnagellaw.com
              Edward T. Weber    on behalf of Requestor    SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED
               600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS
               TO AN UNDIVIDED 629,000/1,429,000 INTEREST; MOHSEN ed@eweberlegal.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
              Randall P. Mroczynski    on behalf of Creditor    Acar Leasing Ltd. d/b/a GM Financial Leasing
               rmroczynski@cookseylaw.com
              Trevor Ross Fehr    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ
               trevor.fehr@usdoj.gov
              William W. Winters    on behalf of Debtor    Pierce Contractors, Inc. william@mlnariklaw.com,
               mlnariklawecfnoticescanb@gmail.com
                                                                                             TOTAL: 6



RANDALL P. MROCZYNSKI, ESQ.
[State Bar No. 156784]
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1026
Facsimile: (714) 431-1119

Attorneys for Movant;
FORD MOTOR CREDIT COMPANY LLC

The following constitutes the order of the Court.
Signed: June 9, 2020

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC. and,<br><br>Debtor.<br><br>FORD MOTOR CREDIT COMPANY LLC,<br><br>Movant,<br><br>vs.<br><br>PIERCE CONTRACTORS, INC.,<br><br>Respondent. | CASE NO. 20-50182<br><br>CHAPTER 11<br><br>RS No: RPM - 74<br><br>**ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION**<br><br>Hearing on Motion:<br><br>Date: June 5, 2020<br>Time: 10:00 a.m.<br>Ctrm: 11 |

Having considered the Stipulation by and between Movant, FORD MOTOR CREDIT COMPANY LLC ("Movant") and Debtor, PIERCE CONTRACTORS, INC. ("Debtor") resolving Movant's motion for relief from the automatic stay filed as document #45 on the docket (the "Stipulation") and with good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.) The Stipulation is approved.

2.) Debtor shall resume making regular monthly payments to Movant in the amount of

1 $1,095.36, commencing May 27, 2020 and continuing on the 27th date of each month thereafter throughout the pendency of this case;

3.) The regular monthly payment coming due on May 27, 2020 shall be tendered by Debtor to Movant no later than ten (10) calendar days after the date of entry of this Order.

4.) Debtor shall cure the post-petition arrears owing to Movant and comprised of the February 27, 2020 through April 27, 2020 payments in the aggregate amount of $3,286.08 in four installments of $821.52 each to be tendered on June 27, 2020, July 27, 2020, August 27, 2020 and September 27, 2020, respectively;

5.) Debtor shall continue to maintain physical damage insurance on the Vehicle, reflecting Movant as the loss payee/lienholder during the pendency of this bankruptcy case and will provide Movant with satisfactory proof of the same from time to time as required by the underlying Contract.

6.) In the event of a default by Debtor under any of the paragraphs above, Movant shall send a notice of default to the Debtor and Debtor's attorney, informing the same of such default. If the stated default is not cured within five (5) days of the date of the default letter, Movant may request the Court order relief from the automatic stay on an *ex parte* basis by submitting a declaration regarding the underlying default and by lodging a proposed Order Terminating Automatic Stay. The Court may then enter such Order Terminating Automatic Stay without further notice, hearing or order thereby allowing Movant to retake possession of the Vehicle, and liquidate the same pursuant to the terms and conditions of the underlying Lease.

7.) In the event Movant obtains relief from the automatic stay as described above in paragraph 6, the provisions of Federal Rule of Bankruptcy Procedure §4001(a)(3) are waived.

* * * * END OF ORDER * * * *

**COURT SERVICE LIST**

**DEBTOR:**
Pierce Contractors, Inc.
194 Lantz Drive
Morgan Hill, CA 95037

**ATTORNEY FOR DEBTOR**:
To be served electronically

**U.S. TRUSTEE:**
To be served electronically

**ATTORNEYS FOR MOVANT:**
To be served electronically