UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Pierce Contractors, Inc.

Case No. 20-50182

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 05/31/20   **PETITION DATE:** 01/31/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $2,067,000 | $2,067,000 | |
| b. Total Assets | $2,067,000 | $2,067,000 | $2,067,000 |
| c. Current Liabilities | $2,100,000 | $2,100,000 | |
| d. Total Liabilities | $2,100,000 | $2,100,000 | $2,100,000 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $0 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $20,000 | $20,000 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $16,000 | $16,000 | |

**At the end of this reporting month:**                                    **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    X
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    X
12. Is the estate insured for replacement cost of assets and for general liability?  X
13. Are a plan and disclosure statement on file?    X
14. Was there any post-petition borrowing during this reporting period?    X

15. Check if paid: Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees  X  ;   Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   6/27/2020 0:00          /s/ *Richard Pierce*, President
                                Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  05/31/20

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $0 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $2,000,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | $67,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $2,067,000 |
| 18 | **Total Assets** | | $2,067,000 |

**Liabilities**

**Post-Petition Liabilities**

| | | | |
|---|---|---|---|
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $16,000 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $4,000 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $20,000 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $20,000 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,100,000 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $16,000 |
| 32 | **Total Pre-Petition Liabilities** | | $2,116,000 |
| 33 | **Total Liabilities** | | $2,136,000 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34 | **Total Equity (Deficit)** | |
| 35 | **Total Liabilities and Equity (Deficit)** | $2,136,000 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ____May____

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | |
| 30 |    Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $0 | $0 |

Case: 20-50182    Doc# 52    Filed: 07/09/20    Entered: 07/09/20 16:16:18    Page 4 of 8

Revised 1/1/98



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5233     TRN           S           X      ST01

000120128 01  AB  0.419  000638462232415 P  Y
ESTATE OF RICHARD PIERCE
DEBTOR IN POSSESSION
BANKRUPTCY CASE #20-50182
194 LANTZ DR
MORGAN HILL CA 95037-9346

**Uni-Statement**
Account Number:
1 575 2192 8265
Statement Period:
Apr 14, 2020
through
May 13, 2020

Page 1 of 2



☎                                        *To Contact U.S. Bank*
**By Phone:**                             1-800-US BANKS
                                          (1-800-872-2657)
**U.S. Bank accepts Relay Calls**
**Internet:**                             usbank.com

## INFORMATION YOU SHOULD KNOW

If you haven't already done so, we encourage you to enroll in eStatements. There are several benefits of eStatements including:

- No fees to receive your statement electronically, and it will eliminate the $2.00 Paper Statement Fee.[1]
- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

*Note: We waive the $2.00 Paper Statement Fee[1] for account holders age 65 or older.

eStatements are identical to your paper statements and the only difference is they are delivered electronically via usbank.com. It's easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and then select **Paperless Preferences**.

If you wish to continue receiving paper statements, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit usbank.com/paperless.

[1] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with a Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

## EASY CHECKING                                                              Member FDIC
U.S. Bank National Association                                 Account Number 1-575-2192-8265

### Account Summary
| | | | |
|---|---|---|---|
| Beginning Balance on Apr 14 | $ 0.00 | Number of Days in Statement Period | 30 |
| Deposits / Credits | 329.05 | Average Account Balance | $ 7.20- |
| Other Withdrawals | 65.05- | | |
| Checks Paid | 300.00- | | |
| **Ending Balance on May 13, 2020** | **$ 36.00-** | | |

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 20 | Reversed Charge | Check Printing | | $ | 29.05 |
| May 8 | Returned Check | | 8954085215 | | 300.00 |
| | | | **Total Deposits / Credits** | **$** | **329.05** |

### Other Withdrawals
| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Apr 20 | Check Printing Charge | | $ | 29.05- |
| May 8 | Overdraft Returned Fee | 8954085215 | | 36.00- |
| | | **Total Other Withdrawals** | **$** | **65.05-** |

Case: 20-50182    Doc# 52    Filed: 07/09/20    Entered: 07/09/20 16:16:18    Page 5 of 8

 ESTATE OF RICHARD PIERCE
DEBTOR IN POSSESSION
BANKRUPTCY CASE #20-50182
194 LANTZ DR
MORGAN HILL CA 95037-9346

**Uni-Statement**
Account Number:
1 575 2192 8265
Statement Period:
Apr 14, 2020
through
May 13, 2020



Page 2 of 2

## EASY CHECKING
U.S. Bank National Association

**(CONTINUED)**
**Account Number 1-575-2192-8265**

|  | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 36.00 | $ 36.00 |
| Total Overdraft Fees | $ 0.00 | $ 0.00 |
| TOTAL | $ 36.00 | $ 36.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1051 | May 7 | 8954085215 | 300.00 |

Conventional Checks Paid (1) $ 300.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 20 | 0.00 | May 7 | 300.00- | May 8 | 36.00- |

Balances only appear for days reflecting change.

Case: 20-50182    Doc# 52    Filed: 07/09/20    Entered: 07/09/20 16:16:18    Page 6 of 8



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5233      TRN           S        X      ST01

Account Number:
1 575 2192 8265
Statement Period:
May 14, 2020
through
Jun 11, 2020

Page 1 of 2



000132355 01 AB 0.419 000638491551463 P Y
ESTATE OF RICHARD PIERCE
DEBTOR IN POSSESSION
BANKRUPTCY CASE #20-50182
194 LANTZ DR
MORGAN HILL CA 95037-9346

☎                                                     *To Contact U.S. Bank*
**By Phone:**                                         1-800-US BANKS
                                                      (1-800-872-2657)
**U.S. Bank accepts Relay Calls**
**Internet:**                                         usbank.com

# NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

Pay for home deliveries with your U.S. Bank Visa Debit Card. Enjoy the comfort and convenience of your favorite home delivery services when you pay with your debit card. Make it your go-to card for dining (including delivery and take out), grocery stores, prescriptions and more. It's the easy and secure way to pay]

# INFORMATION YOU SHOULD KNOW

If you haven't already done so, we encourage you to enroll in eStatements. There are several benefits of eStatements including:

- No fees to receive your statement electronically, and it will eliminate the $2.00 Paper Statement Fee.[1]
- Reduce the risk of fraud and identity theft
- View, print and save statements
- Search up to five years of your transactions
- See detailed images of sent and deposited checks
- Get alerts when online documents are available

*Note: We waive the $2.00 Paper Statement Fee[1] for account holders age 65 or older.

eStatements are identical to your paper statements and the only difference is they are delivered electronically via usbank.com. It's easy to enroll in eStatements and you can make the switch in Online Banking. Go to **My Accounts**, select **My Documents** and then select **Paperless Preferences**.

If you wish to continue receiving paper statements, there is nothing you need to do.

If you have any questions, our bankers are here to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls. For additional information regarding eStatements, please visit usbank.com/paperless.

[1] Additional fees may apply for Statements with Check Images and Statements with Check Return. Check Images are available with Paper or eStatements. Check Return is only available with Paper Statements. Accounts with a Senior customer indicator receive $1.00 discount per statement cycle for Statement with Check Return fee and the Statement with Check Images is waived.

## EASY CHECKING                                                                                    *Member FDIC*

U.S. Bank National Association                                          Account Number 1-575-2192-8265

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 14 | $ | 36.00- | Number of Days in Statement Period | 29 |
| | | | Average Account Balance | $ 36.00- |
| **Ending Balance on Jun 11, 2020** | $ | 36.00- | | |



ESTATE OF RICHARD PIERCE
DEBTOR IN POSSESSION
BANKRUPTCY CASE #20-50182
194 LANTZ DR
MORGAN HILL CA  95037-9346

**Uni-Statement**
Account Number:
1 575 2192 8265
Statement Period:
May 14, 2020
through
Jun 11, 2020



Page 2 of 2

## EASY CHECKING
U.S. Bank National Association

**(CONTINUED)**
Account Number 1-575-2192-8265

|  | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 36.00 |
| Total Overdraft Fees | $ 0.00 | $ 0.00 |
| TOTAL | $ 0.00 | $ 36.00 |