UNITED STATES BANKRUPTCY COURT
Northern District of California

In re ) Bankruptcy No.: **20-50182**
**Pierce Contractors, Inc.** ) R.S. No.: **ETW- 002**
) Hearing Date: **December 4, 2020**
) Time: **10:00 a.m.**
Debtor ) Place: **San Jose – Courtroom 11**
)

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **January 31, 2020 – Chapter 11**
Prior hearings on this obligation: **5/12/2020**          Last Day to File §523/§727 Complaints: **5/4/2020**

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $ _____          Source of value: _____
Contract Balance: $ _____          Pre-Petition Default: $ _____
Monthly Payment: $ _____          No. of months: _____
Insurance Advance: $ _____          Post-Petition Default: $ _____
                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, San Jose, CA):
**194 LANTZ DRIVE, MORGAN HILL, CA 95037**

Fair market value: $ __2,000,000.00__ Ex D  Source of value: __Schedule A__  If appraisal, date: __none__

Moving Party's position (first trust deed, second, abstract, etc.):          **1st Lien**

Approx. Bal.      __1,797,904.59__ Ex D   Pre-Petition Default: $ __156,083.43__
As of (date): __10/1/2020__                No. of months: __7__
Mo. Payment: $ __20,232.26__               Post-Petition Default: $ __202,322.60__
Notice of Default (date): __8/30/2019__ Ex N  No. of months: __10__
Notice of Trustee's Sale: __12/20/2019__ Ex O  Advances Senior Liens $ __-----__

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Movant | $ 1,797,904.00 | $ 20,232.26 | $ 358,406.03 |
| 2nd Trust Deed: | Joyce Ex C | $ 510,096.69 | $ Unknown | $ 510,096.69 |
| 3RD Trust Deed: | Joyce Ex C : | $ 332,617.22 | | $ 332,617.22 |
| Property taxes | Ex E | 29,387.61 | | 29,387.61 |
| | (Total) | $ 2,679,005.52 | $ 20,232.26 | $ 1,230,507.15 |

(D) Other pertinent information: There has been no discussions or arrangements for a loan modification. Less than 10% equity after costs of sale. No Plan in prospect. Delay prejudicial to creditors.

Dated: November 4, 2020                    _____
                                           Signature
                                           **Edward T. Weber, Esq.**
                                           Print or Type Name