Debtor: Pierce Contractors, Inc.  
Case number (if known): _____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 194 Lantz Drive, Morgan Hill California | Fee Simple | $ 2,000,000.00 | Comp analysis | $ 2,000,000.00 |
| 55.2 | | $ | | $ 0.00 |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.  $ 2,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.  $ _____

Ex D



# SUPERIOR
## Loan Servicing™

*"Superior Service for Superior Clients"*
7525 Topanga Canyon Blvd.
Canoga Park, CA 91303
(818) 483-0027

10/1/2020

Pierce Contractors, Inc - FC BK 11
Richard Pierce
194 Lantz Drive
Morgan Hill, CA 95037

Borrower: Pierce Contractors, Inc - FC BK 11
Richard Pierce
Account:

Property: 194 Lantz Drive, Morgan Hill, CA 95037

## PAYOFF DEMAND FOR BK PROCESSING

| | |
|---|---|
| Payoff Date | 10/1/2020 |
| Maturity Date | 6/1/2021 |
| Next Payment Due | 7/1/2019 |
| Interest Rate | 16.990% |
| Interest Paid-To Date | 6/1/2019 |
| Principal Balance | $1,429,000.00 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 6/1/2019 To 10/1/2020 (daily per diem $678.81) | $324,390.54 |
| Unpaid Late Charges | $0.00 |
| Accrued Late Charges | $30,348.45 |
| Unpaid Charges  *For additional details see itemization attached | $14,165.60 |
| Prepayment Penalty | $0.00 |
| Other Fees | $0.00 |
| Trust Balance | $0.00 |
| **Payoff Amount** | **$1,797,904.59** |

### ITEMIZATION OF UNPAID CHARGES

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|---|---|---|---|---|---|
| 05/30/2019 | Affordable Housing Recording Fee | 0.000% | $75.00 | $0.00 | $75.00 |
| 08/29/2019 | Default Processing fee (July & August) | 0.000% | $295.00 | $0.00 | $295.00 |
| 02/10/2020 | FC ( I- #3635) good thru 2/3/20 $9,319.23 | 16.990% | $9,319.23 | $1,020.37 | $10,339.60 |
| 09/11/2020 | FC ( I - #4055) good thru 9/11/2020 $9,919.23 | 0.000% | $600.00 | $0.00 | $600.00 |
| 10/01/2020 | Legal Fees good thru 10/1/2020 $2,856.00 | 0.000% | $2,856.00 | $0.00 | $2,856.00 |
| | | | | Total | $14,165.60 |

Sincerely,
Veronica Hitchcock
Default Precessing Specialist
(818) 483-0027
(818) 876-0337
Veronica@superiorloanservicing.com

Page 1 of 1

Case: 20-50182   Doc# 62-6   Filed: 11/09/20   Entered: 11/09/20 17:27:09   Page 2 of 2

