

The following constitutes the order of the Court.
Signed: December 7, 2020

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

1  Edward T. Weber, #194963
2  Kristi M. Wells, #276865
   LAW OFFICES OF EDWARD T. WEBER
3  17151 Newhope Street, Suite 203
   Fountain Valley, California 92708
4  Telephone: 657-235-8359
   Fax: 714-459-7853
5  Email: ed@eweberlegal.com

6  Attorneys for Movant
7  SASSAN RAISSI, A SOLE INDIVIDUAL,
   AS TO AN UNDIVIDED 600,000/1,429,000
8  INTEREST; JERRY KIACHIAN, A MARRIED
   MAN AS HIS SOLE AND SEPARATE PROPERTY,
9  AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST;
   MOHSEN KEYASHJAN, A MARRIED MAN AS HIS
10 SOLE AND SEPARATE PROPERTY, AS TO AN
   UNDIVIDED 200,000/ 1,429,000 INTEREST

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In Re | ) Case No.: 20-50182 |
|---|---|
| PIERCE CONTRACTORS, INC., | ) *Chapter 11* |
| Debtor. | ) *RS: ETW-002* |
|  | ) **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
|  | ) Date: December 4, 2020 |
|  | ) Time: 10:00 a.m. |
|  | ) Place: Judge Hammond |
|  | ) Via Telephonic Hearing |

This matter came before the Court on regular notice on December 4, 2020, 10:00 a.m. by phone conference, the Honorable M. Elaine Hammond, presiding. Edward T. Weber appeared for Movant. William W. Winters appeared for Debtor. After consideration of the motion, the evidence presented, argument of counsel and good cause appearing therefore,

the Court hereby ORDERS as follows:

1. Debtor shall make payments to Movant starting January 1, 2021, in the amount of $13,253.94 and each month thereafter on the first (1st) of every month. If a payment is not made by the 10th of the month, Movant may restore this matter to the Court's calendar on 14 days' notice and may seek termination of the Stay.

2. The real property affected by this Order is commonly described as:

**194 LANTZ DRIVE, MORGAN HILL, CALIFORNIA 95037**

APPROVED AS TO FORM AND CONTENT:

Dated: December 4, 2020    \_\_\_/s/ William W. Winters\_\_
William W. Winters
Attorney for Debtor.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST: |
| 2 | |
| 3 | ***Debtor*** |
| | Pierce Contractors, Inc. |
| 4 | 194 Lantz Drive |
| | Morgan Hill, CA 95037 |
| 5 | |