THE MLNARIK LAW GROUP, INC.
WILLIAM W. WINTERS (SBN 302818)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorneys for Debtor
Pierce Contractors, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PIERCE CONTRACTORS, INC. | ) Case No. 20-50182 MEH |
| | ) |
| Debtor. | ) **DEBTOR IN POSSESSION'S STATUS** |
| | ) **CONFERENCE STATEMENT** |
| | ) |
| | ) HON. M. ELAINE HAMMOND |

PIERCE CONTRACTORS, INC., the Debtor and debtor-in-possession herein ("Debtor") filed its Chapter 11 case on January 31, 2020, and submits its fourth Status Conference Statement as follows:

A. <u>Factors Leading to Bankruptcy and Current Case Status</u>

Debtor, a plumbing and construction contractor, had several large contracts that fell through, causing Debtor to default on loan payments for real property and vehicles that it owns. Debtor hopes to propose a plan that can catch up on these loan arrears. Due to the pandemic Debtor's business has not recovered. However, Debtor plans to file and a plan that pays all secured creditors

within 30 days. The funds are coming from a capital contribution from the owner. The capital contribution is the negotiated result of a settlement of a personal injury lawsuit resulting from a plane crash that killed the owner's wife. The parties have finalized an agreement and the parties should receive settlement checks by the first day for performance under the plan, April 1, 2021.

B. Attendance at IDI and § 341 Meeting

Accompanied by counsel, Debtor attended his IDI on March 5, 2020 and 341 on May 22, 2020, both have been concluded.

C. Employment of Professionals

This Court issued an order employing The Mlnarik Law Group, Inc. as Debtor's counsel on April 24, 2020.

D. Plan and Disclosure Statement

Counsel apologizes for the further delay on the plan. The owner of the Debtor was out of contact for several weeks and was unable to sign the plan. As of the date of this filing, counsel has obtained Debtor's approval and will be filing the plan prior to the hearing. Debtor requests one final continuance in order to give proper time to notice the plan and disclosure statement.

E. Post-Petition Taxes

Debtor's post-petition taxes are current.

F. Monthly Operating Reports

Debtor's monthly operating reports are behind. Debtor will file operating reports for the missing months shortly after it files a plan, which is its top priority.

G. Relief from Stay

Debtor is current on his adequate protection payments on the first Deed of Trust secured to the property commonly known as 194 Lantz Drive, Morgan Hill, CA, however, the February payment was tendered late pursuant to the order. There is a motion on Calendar to be heard concurrently

with the status conference. This is the Debtor's first late payment and Debtor asks the Court to excuse the late payment and Debtor asserts that he will make his March payment and all future payments on time pursuant to the order.

H. Other

Debtor has not sought or used cash collateral or credit to date. No motions to assume or reject any executory contracts or unexpired leases have been or are expected to be filed.

THE MLNARIK LAW GROUP, INC.

Dated: February 23, 2021  /s/ *William W. Winters*
William W. Winters
Attorney for Debtor