THE MLNARIK LAW GROUP, INC.
WILLIAM W. WINTERS (SBN 302818)
JAMES T. ERICKSON (SBN 235630)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorneys for Debtor
Pierce Contractors, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PIERCE CONTRACTORS, INC. | Case No. 20-50182 MEH |
| Debtor. | |
| | HON. M. ELAINE HAMMOND |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

I am over the age of 18 years and not a party to this action. My business address is 2930 Bowers Ave, Santa Clara, CA 95051.

Following normal office practices, on March 2, 2021 I served a true copy of the documents titled:

1) **NOTICE OF HEARING**
2) **DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

**BY MAIL** on the party or parties named in **Exhibit A** by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business.

Executed on March 2, 2021 at Santa Clara, California.

/s/ William W. Winters
William W. Winters

CERTIFICATE OF SERVICE

2

The Minarik Law Group, Inc.
2930 Bowers Avenue
Santa Clara, CA 95051
TELEPHONE (408) 919-0088
FACSIMILE (408) 919-0188

1
2
3
4
5
6
7
8  **Exhibit A**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-50182<br>California Northern Bankruptcy Court<br>San Jose<br>Tue Mar  2 14:38:31 PST 2021 | ACAR Leasing LTD<br>PO Box 183853<br>Arlington, TX 76096-3853 | ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 |
| Acar Leasing Ltd. d/b/a GM Financial Leasing<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA 92626-1947 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Trevor Ross Fehr<br>Office of the U.S. Trustee<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Ford Motor Credit Company<br>PO Box 552679<br>Detroit, MI 48255-2679 |
| Ford Motor Credit Company LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626-1947 | Ford Motor Credit Company LLC<br>Randall P. Mroczynski, Esq.<br>CTGD&W, 535 Anton Blvd., 10th Floor<br>Costa Mesa CA 92626-1947 | Ford Motor Credit Company, servicing agent f<br>c/o Law Offices of Austin P. Nagel<br>111 Deerwood Rd., Suite 305<br>San Ramon, CA 94583-1530 |
| GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Joel Gamburg Revocable Trust<br>333 West Santa Clara Street #610<br>San Jose, CA 95113-1715 | Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy and Woog<br>535 Anton Blvd. 10th Fl.<br>Costa Mesa, CA 92626-1947 | Austin P. Nagel<br>Law Offices of Austin P. Nagel<br>111 Deerwood Rd. #305<br>San Ramon, CA 94583-1530 |
| National Recovery Center<br>PO Box 67015<br>Harrisburg, PA 17106-7015 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Richard Peers<br>194 Lantz Drive<br>Morgan Hill, CA 95037-9346 |
| Pierce Contractors, Inc.<br>194 Lantz Drive<br>Morgan Hill, CA 95037-9346 | SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN U<br>C/O Edward T. Weber, Esq.<br>17151 Newhope Street, Suite 203<br>Fountain Valley, CA 92708-4226 | Sassan Raissi, a sole individual, et al<br>c/o Superior Loan Servicing<br>7525 Topanga Canyon Blvd.<br>Canoga Park, CA 91303-1214 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | (p)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Edward T. Weber<br>Law Offices of Edward T. Weber<br>17151 Newhope Street, Suite 203<br>Fountain Valley, CA 92708-4226 | William W. Winters<br>The Mlnarik Law Group, Inc.<br>2930 Bowers Ave<br>Santa Clara, CA 95051-0919 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Board of Equalization | Superior Loan Servicing | End of Label Matrix |
| Attn: Special Procedures Section, MIC:55 | 7525 Topanga Canyon Boulevard | Mailable recipients   28 |
| P.O. Box 942879 | Canoga Park, CA 91303 | Bypassed recipients    0 |
| Sacramento, CA 94279 | | Total                 28 |