1    RANDALL P. MROCZYNSKI
     [State Bar No. 156784]
2    **COOKSEY, TOOLEN, GAGE,**
     **DUFFY & WOOG**
3    535 Anton Boulevard, Tenth Floor
     Costa Mesa, California 92626-1977
4    (714) 431-1100; FAX: (714) 431-1145

5    Attorneys for Movant,
     CAB WEST LLC

6

7

8              UNITED STATES BANKRUPTCY COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10   In re | Case No. 20-50182 |
| 11   PIERCE CONTRACTORS, INC., | Chapter 11 |
| 12                   Debtor. | RS No: RPM-82 |
| 13   CAB WEST LLC, | MOTION FOR RELIEF FROM THE |
| 14                  Movant. | AUTOMATIC STAY |
| 15    vs. | |
| 16   PIERCE CONTRACTORS, INC., | Date:   April 16, 2021 |
| 17            Respondents. | Time:   10:00 a.m.<br>Ctrm:   11 |

18

19       Pre-petition Lessor CAB WEST LLC ("Movant") moves this Court for Relief from the

20 Automatic Stay based upon the following:

21       1.     Movant is admitted to do business in the State of California, and is engaged, among

22 other things, in the leasing of motor vehicles by retail lessees under motor vehicle leases.

23       2.     Debtor PIERCE CONTRACTORS, INC. ("Debtor") is the pre-petition lessee of a

24 2018 Ford Fusion, VIN: 3FA6P0SU6JR161806 (the "Vehicle") under the terms of a pre-petition

25 Motor Vehicle Lease Agreement with Movant (the "Lease"). A true and correct copy of the Lease is

26 attached as Exhibit "A" to the List of Exhibits. (Declaration of Jacklyn Larson filed herewith.)

27       3.     Movant is, and has been at all times relevant hereto, the legal and co-registered owner

28 of the Vehicle. Evidence of Movant's perfected interest in the Vehicle is attached as Exhibit "B" to

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1    the List of Exhibits. (Declaration of Jacklyn Larson filed herewith.)

2         4.    The Lease matured on February 16, 2021 and the Debtor remains in possession of the

3    Vehicle.

4         5.    The current buyout with respect to the Lease is in the amount of $12,888.15. The

5    average auction value of the Vehicle is $14,750.00. A true and correct copy of the NADA page

6    reflecting a value of the Vehicle of $14,750.00 is attached as Exhibit "C" to the List of Exhibits.

7    (Declaration of Jacklyn Larson filed herewith.)

8         6.    Movant would exercise its rights and remedies under state law but for the automatic

9    stay issued by this Court on the filing of the petition herein.

10        WHEREFORE, Movant prays for an order:

11        1.  Terminating the automatic stay as to Movant, its successors and assigns;

12        2.  Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies

13   to dispose of the Vehicle;

14        3.  That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived;

15        4.   That the Order granting relief be binding and effective despite any conversion of this

16   bankruptcy case to a case under any other chapter; and

17        5.  For such other and further relief as the court deems just and proper.

18   DATED:   March 19, 2021          COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

19

20                                    By:_____

21                                        RANDALL P. MROCZYNSKI
                                          Attorneys for Movant
22                                        CAB WEST LLC

23

24

25

26

27

28