THE MLNARIK LAW GROUP, INC.
JOHN L. MLNARIK (SBN 257882)
WILLIAM W. WINTERS (SBN 302818)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorneys for Debtor
Pierce Contractors, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:                                       ) Chapter 11
                                             )
                                             ) **Case No. 20-50182 MEH**
PIERCE CONTRACTORS, INC.                     )
                                             )
         Debtor.                             )
                                             )
                                             )
                                             )
                                             )
_____        ) HON. M. ELAINE HAMMOND

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

I am over the age of 18 years and not a party to this action. My business address is 2930 Bowers Ave, Santa Clara, CA 95051.

Following normal office practices, on April 27, 2021 I served a true copy of the documents titled:

1) **NOTICE OF HEARING**
2) **DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

**BY MAIL** on the party or parties named in **Exhibit A** by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business.

Executed on April 27, 2021 at Santa Clara, California.

*/s/ William W. Winters*
William W. Winters

**Exhibit A**

CERTIFICATE OF SERVICE

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-50182<br>California Northern Bankruptcy Court<br>San Jose<br>Tue Apr 27 12:00:58 PDT 2021 | ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | Acar Leasing Ltd. d/b/a GM Financial Leasing<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA 92626-1947 |
| Cab West LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626-1947 | Ford Motor Credit Company LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626-1947 | Ford Motor Credit Company, servicing agent f<br>c/o Law Offices of Austin P. Nagel<br>111 Deerwood Rd., Suite 305<br>San Ramon, CA 94583-1530 |
| Pierce Contractors, Inc.<br>194 Lantz Drive<br>Morgan Hill, CA 95037-9346 | SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN U<br>C/O Edward T. Weber, Esq.<br>17151 Newhope Street, Suite 203<br>Fountain Valley, CA 92708-4226 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 |
| ACAR Leasing LTD<br>PO Box 183853<br>Arlington, TX 76096-3853 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Ford Motor Credit Company<br>PO Box 552679<br>Detroit, MI 48255-2679 |
| Ford Motor Credit Company LLC<br>Randall P. Mroczynski, Esq.<br>CTGD&W, 535 Anton Blvd., 10th Floor<br>Costa Mesa CA 92626-1947 | GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Joel Gamburg Revocable Trust<br>333 West Santa Clara Street #610<br>San Jose, CA 95113-1715 | National Recovery Center<br>PO Box 67015<br>Harrisburg, PA 17106-7015 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Richard W. Joyce<br>Yong Cha Joyce<br>212 Grand Coulee Avenue<br>Grand Coulee, WA 99133-9754 | Sassan Raissi, a sole individual, et al<br>c/o Superior Loan Servicing<br>7525 Topanga Canyon Blvd.<br>Canoga Park, CA 91303-1214 | (p)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 |
| Richard Peers<br>194 Lantz Drive<br>Morgan Hill, CA 95037-9346 | Richard W. Joyce<br>212 Grand Coulee Avenue<br>Grand Coulee, WA 99133-9754 | William W. Winters<br>The Mlnarik Law Group, Inc.<br>2930 Bowers Ave<br>Santa Clara, CA 95051-0919 |
| Yong Cha Joyce<br>212 Grand Coulee Avenue<br>Grand Coulee, WA 99133-9754 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Superior Loan Servicing  
7525 Topanga Canyon Boulevard  
Canoga Park, CA 91303

End of Label Matrix  
Mailable recipients   24  
Bypassed recipients    0  
Total   24