# List of Secured Tax Bills

Tuesday May 4, 2021 8:13 PM PST

**APN:** 712-04-100　↺ **View Payment History**
**Property Address:** 194 LANTZ DR
MORGAN HILL CA 95037
**Tax Rate Area:** 087-031　Where do my tax dollars go?

**Total Payment Amount: $0.00**

[ Continue ➤ ]
Please select a bill to pay

Selected Installment Count: 0

## Annual Tax Bill

| Installment Number | Tax Year | Amount Paid To Date | Balance Due | Pay By Date | Status | Payment Amount | or Pay In Full |
|---|---|---|---|---|---|---|---|
| 1 | 2020/2021 | $0.00 | $13,941.46 | 12/10/2020 | PAST DUE | $ | ☐ |
| 2 | 2020/2021 | $0.00 | $13,941.46 | 04/12/2021 | PAST DUE | $ | ☐ |

First installment must be fully paid before the second installment.

## Redemption Bill

| Installment Number | Tax Year | Amount Paid To Date | Balance Due | Pay By Date | Status | Payment Amount | or Pay In Full |
|---|---|---|---|---|---|---|---|
| 2 | 2020/2021 | $0.00 | $24,768.33 | 12/10/2019 | PAST DUE | $ | ☐ |

## Supplemental Tax Bill

| Installment Number | Tax Year | Amount Paid To Date | Balance Due | Pay By Date | Status | Payment Amount | or Pay In Full |
|---|---|---|---|---|---|---|---|
| 1 | 2019/2020 | $0.00 | $2,806.46 | 06/30/2020 | PAST DUE | $ | ☐ |
| 2 | 2019/2020 | $0.00 | $3,107.10 | 08/31/2020 | PAST DUE | $ | ☐ |

First installment must be fully paid before the second installment.

## Supplemental Tax Bill

| Installment Number | Tax Year | Amount Paid To Date | Balance Due | Pay By Date | Status | Payment Amount | or Pay In Full |
|---|---|---|---|---|---|---|---|

Ex A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2018/2019 | $0.00 | $246.04 | 06/30/2020 | PAST DUE | $ | |
| 2 | 2018/2019 | $0.00 | $290.64 | 08/31/2020 | PAST DUE | $ | |

First installment must be fully paid before the second installment.

Department of Tax and Collections
Send us an Email
Scheduled Downtimes

All Content Copyright © 2021, the County of Santa Clara, CA

$59,101.49