# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  Pierce Contractors, Inc.

**Case No.**  20-50182

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  03/31/21      **PETITION DATE:**  01/31/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $1,817,000 | $1,817,000 | |
| b. Total Assets | $1,817,000 | $1,817,000 | $1,817,000 |
| c. Current Liabilities | $3,000,000 | $3,000,000 | |
| d. Total Liabilities | $3,000,000 | $3,000,000 | $3,000,000 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $12,000 | $187,955 | $187,955 |
| b. Total Disbursements | $13,253 | $143,709 | $143,709 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,253) | $44,246 | $44,246 |
| d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | ($1,253) | $44,246 | $44,246 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $140,000 | $140,000 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ;      U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition
    tax reporting and tax returns:  ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  5/4/2021 0:00

/s/ *Richard Pierce* , President
Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** ___03/31/21___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $0 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $1,750,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | $67,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $1,817,000 |
| 18 | **Total Assets** | | $1,817,000 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | $32,500 |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $32,500 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $32,500 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $3,000,000 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $0 |
| 32 | **Total Pre-Petition Liabilities** | | $3,000,000 |
| 33 | **Total Liabilities** | | $3,032,500 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $3,032,500 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | | | |
| 2 | **Scheduled Gross Rents** | | | |
|   | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

**Schedule B**
**Recapitulation of Funds Held at End of Month**

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | | | |
| 11 | **Account No.** | | | |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | | | |
| 14 | **Total Funds on Hand for all Accounts** | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____ 03/31/21 _____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $0 | $39,955 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | $12,000 | $100,000 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $12,000 | $187,955 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | $60,000 |
| 14 | Administrative | $0 | $8,400 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $13,253 | $39,759 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $0 | $35,550 |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $13,253 | $143,709 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $44,246 |
| 39 | **Cash Balance, Beginning of Period** | $0 | |
| 40 | **Cash Balance, End of Period** | $14,250 | $44,246 |

Revised 1/1/98

 **bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5233      TRN           S           X      ST01

# Uni-Statement
Account Number:
1 575 2192 8265
Statement Period:
Feb 12, 2021
through
Mar 11, 2021

Page 1 of 2



000086335 01 AB 0.428 000638753940131 P Y
ESTATE OF RICHARD PIERCE
DEBTOR IN POSSESSION
BANKRUPTCY CASE #20-50182
194 LANTZ DR
MORGAN HILL CA 95037-9346

☎                                          *To Contact U.S. Bank*

**By Phone:**                              *1-800-US BANKS*
                                           *(1-800-872-2657)*

**U.S. Bank accepts Relay Calls**

**Internet:**                              *usbank.com*

---

# NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

# INFORMATION YOU SHOULD KNOW

**Effective May 10, 2021** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** document will include several updates and may affect your rights.

The main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections and sub sections, include:

- Multiple sub sections updated with U.S. Bank Mobile App service available
- Section "Authorized Access and Power of Attorney", clarification on owner knowledge of death
- Section "Insufficient Funds and Overdrafts"; sub sections "Our Fees", "Overdraft Handling" and "Requested Return", clarification on the curing of the Extended Overdraft Fee
- Section "Return of Cancelled Checks", updates to the options of how you receive copies of your paid checks in your monthly account statement
- Section S.T.A.R.T. Goals and Rewards (Note that new enrollment discontinued as of November 15, 2015), update in the Reward Card language

The main updates to note in the revised **"Consumer Pricing Information"** document include:

- Removal of the option "Statements with Check Return" and applicable disclosures
- Termination of the "Foreign Draft Purchase" service and applicable disclosures

Starting May 10th, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

---

# EASY CHECKING                                    *Member FDIC*
U.S. Bank National Association                      **Account Number 1-575-2192-8265**

## Account Summary

| | | | | | |
|---|---|---:|---|---|---:|
| Beginning Balance on Feb 12 | $ | 1,022.60 | Number of Days in Statement Period | | 28 |
| Deposits / Credits | | 27,190.00 | Average Account Balance | $ | 1,646.04 |
| Other Withdrawals | | 1,561.95- | | | |
| Checks Paid | | 26,618.66- | | | |
| **Ending Balance on Mar 11, 2021** | **$** | **31.99** | | | |

## Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---:|
| Feb 23 | Mobile Banking Transfer | From Account 157524114087 | | $ | 13,400.00 |
| Mar 2 | Mobile Banking Transfer | From Account 157524114087 | | | 110.00 |
| Mar 3 | Mobile Banking Transfer | From Account 157524114087 | | | 350.00 |
| Mar 10 | Mobile Banking Transfer | From Account 157518843261 | | | 1,330.00 |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                         $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5. Total lines 3 and 4.                                                        $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.                        $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
 *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC


ESTATE OF RICHARD PIERCE
DEBTOR IN POSSESSION
BANKRUPTCY CASE #20-50182
194 LANTZ DR
MORGAN HILL CA  95037-9346

Account Number:
1 575 2192 8265
Statement Period:
Feb 12, 2021
through
Mar 11, 2021

Page 2 of 2



## EASY CHECKING          (CONTINUED)

U.S. Bank National Association      **Account Number 1-575-2192-8265**

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 10 | Mobile Banking Transfer | From Account 157518843261 | | 12,000.00 |
| | **Total Deposits / Credits** | | **$** | **27,190.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 16 | Mobile Banking Transfer | To Account 157524114087 | $ | 1,000.00- |
| Feb 26 | Mobile Banking Transfer | To Account 157524114087 | | 100.00- |
| Mar 4 | Electronic Withdrawal | To Credit One Bank | | 459.95- |
| | REF=210620125219930N00 | TEL000004 Payment  47460682 | | |
| Mar 11 | Paper Statement Fee | | 1100028562 | 2.00- |
| | **Total Other Withdrawals** | | **$** | **1,561.95-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1053 | Feb 25 | 8954410416 | 13,253.94 | 1054 | Mar 11 | 8954900815 | 13,364.72 |
| | | | | **Conventional Checks Paid (2)** | | **$** | **26,618.66-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 16 | 22.60 | Feb 26 | 68.66 | Mar 4 | 68.71 |
| Feb 23 | 13,422.60 | Mar 2 | 178.66 | Mar 10 | 13,398.71 |
| Feb 25 | 168.66 | Mar 3 | 528.66 | Mar 11 | 31.99 |

Balances only appear for days reflecting change.



This page intentionally left blank