

RANDALL P. MROCZYNSKI, ESQ.
[State Bar No. 156784]
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

The following constitutes the order of the Court.
Signed: May 7, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for Movant,
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.,<br><br>　　　　　　　　　　　Debtor.<br><br>FORD MOTOR CREDIT COMPANY LLC,<br>　　　　　　　　　　　Movant,<br>　vs.<br>PIERCE CONTRACTORS, INC.,<br>　　　　　　　　　　　Respondents. | CASE NO. 20-50182<br><br>Chapter 11<br><br>RS No.:　RPM-74<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |

　　　　On June 9, 2020, the Court entered that certain Order Approving Stipulation for Adequate Protection resolving FORD MOTOR CREDIT COMPANY LLC's motion for relief from the automatic stay (Docket No. 47) (the "Order").

　　　　It having been shown to the satisfaction of the Court by the Declaration of Glenn Veeder filed by Movant FORD MOTOR CREDIT COMPANY LLC ("Movant") (Docket No. 103) that Debtor PIERCE CONTRACTORS, INC. ("Debtor") defaulted under the terms of the Order, that Movant provided written notice of said default to the Debtor and the Debtor's counsel as required by the terms

1

of the Order, that Debtor failed to timely cure said default, and that the Order provides for termination of the automatic stay as to Movant in the event of an uncured default under the Order,

IT IS ORDERED that in regard to that certain 2018 Ford F-250 Truck, Vehicle Identification Number 1FT7W2BT4JEB30206, the automatic stay is terminated as to Movant, it successors and assigns, and Movant may enforce its remedies to repossess or otherwise obtain possession of, and dispose of the Vehicle in accordance with applicable non-bankruptcy law.

IT IS FURTHER ORDERED that the 14-day stay provided by FRBP Rule 4001(a)(3) is waived.

\* \* \* \* END OF ORDER \* \* \* \*

## COURT SERVICE LIST

**DEBTOR:**
Pierce Contractors, Inc.
194 Lantz Drive
Morgan Hill, CA 95037

**ATTORNEY FOR DEBTOR**:
To be served electronically

**U.S. TRUSTEE:**
To be served electronically

**ATTORNEYS FOR MOVANT:**
To be served electronically