RANDALL P. MROCZYNSKI
[State Bar No. 156784]
**COOKSEY, TOOLEN, GAGE,**
**DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1145

Attorneys for Movant,
CAB WEST LLC

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.,<br><br>                                          Debtor. | Case No. 20-50182<br><br>Chapter 11<br><br>RS No: RPM-82 |
| CAB WEST LLC,<br><br>                                          Movant.<br><br>vs.<br><br>PIERCE CONTRACTORS, INC.,<br><br>Respondents. | **STIPULATION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><br>Date:   May 28, 2021<br>Time:  10:00 a.m.<br>(Hearing to be held via tele/videoconference) |

Debtor, PIERCE CONTRACTORS, INC. (hereinafter "Debtor"), by and through its attorney

of record, The Mlnarik Law Group, Inc. by William W. Winters, Esq. and Creditor, CAB WEST LLC

("Movant") by and through its counsel of record, Cooksey, Toolen, Gage, Duffy & Woog by Randall

P. Mroczynski, Esq. hereby submit the following stipulation:

WHEREAS, Debtor commenced this case by filing a petition under Chapter 11 of the United

States Bankruptcy Code on January 31, 2020;

3100.0144 3737279.1

Case: 20-50182    Doc# 107    Filed: 05/25/21    Entered: 05/25/21 09:24:31    Page 1 of 3

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

1    WHEREAS, pre-petition Debtor entered into a Motor Vehicle Lease Agreement (the "Lease")

2   with Movant for the lease of a 2018 Ford Fusion, VIN: 3FA6P0SU6JR161806 (the "Vehicle");

3    WHEREAS, on March 19, 2021 Movant filed a Motion for Relief from Stay (the "Motion")

4   as to the Vehicle [Dkt. No. 79] on the grounds that the Lease had matured post-petition;

5    WHEREAS, Debtor appeared by counsel at the April 16, 2021 preliminary hearing on the

6   Motion at which time the preliminary hearing was continued by the Court;

7    WHEREAS, since April 16, 2021 the Debtor has exercised the Lease's purchase option.

8    WHEREAS, by this Stipulation the parties wish to withdraw the Motion current set for

9   continued preliminary hearing on May 28, 2021.

10    NOW, WHEREFORE, in consideration of the above recitals, the sufficiency of which is

11   hereby acknowledged,

12    IT IS HEREBY STIPULATED by and between the parties as follows:

13    1.    Upon entry of an Order Approving this Stipulation, Movant's Motion shall be deemed

14   withdrawn.

15

16   DATED:  May 24, 2021        COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

17                   By:_____
                        RANDALL P. MROCZYNSKI
18                      Attorneys for Movant
                        CAB WEST LLC
19

20   DATED:  May       , 2021        THE MLNARIK LAW GROUP, INC.

21

22                   By:__See Attached Page_____
                        WILLIAM W. WINTERS
                        Attorneys for Debtor
23                      PIERCE CONTRACTORS, INC.

24

25

26

27

28

Case: 20-50182    Doc# 107    Filed: 05/25/21    Entered: 05/25/21 09:24:31    Page 2 of 3
3100.0144   3737279.1

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa. California 92626-1977

1    WHEREAS, pre-petition Debtor entered into a Motor Vehicle Lease Agreement (the "Lease")

2    with Movant for the lease of a 2018 Ford Fusion, VIN: 3FA6P0SU6JR161806 (the "Vehicle");

3    WHEREAS, on March 19, 2021 Movant filed a Motion for Relief from Stay (the "Motion")

4    as to the Vehicle [Dkt. No. 79] on the grounds that the Lease had matured post-petition;

5    WHEREAS, Debtor appeared by counsel at the April 16, 2021 preliminary hearing on the

6    Motion at which time the preliminary hearing was continued by the Court;

7    WHEREAS, since April 16, 2021 the Debtor has exercised the Lease's purchase option.

8    WHEREAS, by this Stipulation the parties wish to withdraw the Motion current set for

9    continued preliminary hearing on May 28, 2021.

10    NOW, WHEREFORE, in consideration of the above recitals, the sufficiency of which is

11    hereby acknowledged,

12    IT IS HEREBY STIPULATED by and between the parties as follows:

13    1.    Upon entry of an Order Approving this Stipulation, Movant's Motion shall be deemed

14    withdrawn.

15

16    DATED:  May        , 2021                     COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

17                                                            By:_____

18                                                            RANDALL P. MROCZYNSKI
                                                                Attorneys for Movant
19                                                            CAB WEST LLC

20    DATED:  May 24 , 2021                     THE MLNARIK LAW GROUP, INC.

21

22                                                            By:_____

23                                                            WILLIAM W. WINTERS
                                                                Attorneys for Debtor
24                                                            PIERCE CONTRACTORS, INC.

25

26

27

28

20-50182
3100-0144 3737279.1

2    STIPULATION WITHDRAWING MOTION FOR RELIEF FROM STAY