

RANDALL P. MROCZYNSKI
[State Bar No. 156784]
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1145

Attorneys for Movant,
CAB WEST LLC

The following constitutes the order of the Court.
Signed: May 25, 2021

_M. Elaine Hammond_
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>PIERCE CONTRACTORS, INC.,<br>                                 Debtor.<br><br>CAB WEST LLC,<br>                                Movant.<br><br>   vs.<br><br>PIERCE CONTRACTORS, INC.,<br><br>Respondents. | Case No. 20-50182<br><br>Chapter 11<br><br>RS No: RPM-82<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

      Having considered the Stipulation by and between Debtor, PIERCE CONTRACTORS, INC. (hereinafter "Debtor") and Creditor, CAB WEST LLC ("Movant") to Withdraw the Motion for Relief from the Automatic Stay (the "Stipulation") and with good cause appearing therefor,

      IT IS HEREBY ORDERED that:

      1.    The Stipulation is approved.

      2.    Movant's Motion for Relief from the Automatic Stay (the "Motion") [Dkt. No. 79] is hereby withdrawn.

* * * * END OF ORDER * * * *

1

# COURT SERVICE LIST

**DEBTOR:**
Pierce Contractors, Inc.
194 Lantz Drive
Morgan Hill, CA 95037

**ATTORNEY FOR DEBTOR:**
To be served electronically

**CHAPTER 11 TRUSTEE:**
To be served electronically

**U.S. TRUSTEE:**
To be served electronically

**ATTORNEYS FOR MOVANT:**
To be served electronically