Edward T. Weber, Esq., #194963
Kristi M. Wells, Esq. #276865
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Facsimile: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Objecting Secured Creditors
SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/1,429,000 INTEREST

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>Pierce Contractors, Inc.,<br><br>Debtor.<br>_____ | Case No.: 20-50182<br><br>*Chapter 11*<br><br>**STATUS REPORT BY CREDITOR**<br><br>Date: June 3, 2021<br>Time: 10:00 am.<br>Place: 280 South First Street,<br>Courtroom 11<br>San Jose, CA |

TO THE COURT, THE U.S. TRUSTEE, THE DEBTOR, AND DEBTOR'S COUNSEL:

SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY,

AS TO AN UNDIVIDED 200,000/1,429,000 INTEREST, Secured Creditors in this matter hereby report to the Court the Status of this matter from said Creditors' perspective as follows:

On May 11, 2021, the pending matters before the Court, including Relief From Stay, Approval of Disclosure Statement and Plan were continued to June 3, 2021. Secured Creditors attempted to discuss a possible resolution with the Debtor but to no avail. No agreement was reached and at this time Secured Creditors are not interested in making any arrangements with the Debtor. They stand on their objections and the issue outlined in their most recent objections in this matter. Secured Creditors are requesting Relief From Stay based on no equity, and no reasonable Plan in prospect, and request that the Court enter an Order on June 3, 2021.

Respectfully submitted,

LAW OFFICES OF EDWARD T. WEBER

Dated: June 2, 2021                 By: _____
                                    Edward T. Weber, Esq.
                                    **Attorneys for Objecting Secured Creditors**
                                    SASSAN RAISSI, A SOLE INDIVIDUAL, AS TO AN UNDIVIDED 600,000/1,429,000 INTEREST; JERRY KIACHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST; MOHSEN KEYASHIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, AS TO AN UNDIVIDED 200,000/1,429,000 INTEREST