THE MLNARIK LAW GROUP, INC.
JOHN L. MLNARIK (SBN 257882)
WILLIAM W. WINTERS (SBN 302818)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Attorneys for Debtor
Pierce Contractors, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-50182 MEH |
| PIERCE CONTRACTORS, INC. | **DEBTOR IN POSSESSION'S STATUS CONFERENCE STATEMENT** |
| Debtor. | |
| | HON. M. ELAINE HAMMOND |

PIERCE CONTRACTORS, INC., the Debtor and debtor-in-possession herein ("Debtor") filed its Chapter 11 case on January 31, 2020, and submits its fifth Status Conference Statement as follows:

Debtor apologizes for the late submission. Debtor has been working hard to try to line up funding and reach a deal that would satisfy both the source of funding as well as both Deed of Trust holders. In the end, such discussions, which continued up until the last minute, failed. Without such an agreement, a confirmable plan cannot be funded until the liens on Mr. Pierce's settlement funds have been cleared. At this time, there is no way of knowing when that will be. Debtor understands and acknowledges that the case should be dismissed on this basis and hereby withdraws its opposition to the motion to dismiss.

**THE MLNARIK LAW GROUP, INC.**

Dated: June 2, 2021

/s/ *William W. Winters*
William W. Winters
Attorney for Debtor