Entered on Docket
June 04, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: June 4, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Pierce Contractors, Inc.,

                Debtor.

Case No. 20-50182 MEH

Chapter 11

Video Hearing
Date:   July 1, 2021
Time:  10:00 a.m.

## ORDER TO SHOW CAUSE

To all interested parties:

      PLEASE TAKE NOTICE, that on July 1, 2021 at 10:00 a.m., a video hearing will be held via Zoom for the court to determine why the above-captioned case should not be dismissed based on Debtor's inability to propose a plan capable of confirmation.

      Any opposition should be filed on or before June 25, 2021. Creditor attendance is welcome, but not required.

**END OF ORDER**

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients