

Edward T. Weber, #194963
Kristi M. Wells, #276865
LAW OFFICES OF EDWARD T. WEBER
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

The following constitutes the order of the Court.
Signed: June 15, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for Movant
SASSAN RAISSI, A SOLE INDIVIDUAL,
AS TO AN UNDIVIDED 600,000/1,429,000
INTEREST; JERRY KIACHIAN, A MARRIED
MAN AS HIS SOLE AND SEPARATE PROPERTY,
AS TO AN UNDIVIDED 629,500/1,429,000 INTEREST;
MOHSEN KEYASHJAN, A MARRIED MAN AS HIS
SOLE AND SEPARATE PROPERTY, AS TO AN
UNDIVIDED 200,000/ 1,429,000 INTEREST

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>PIERCE CONTRACTORS, INC.,<br><br>Debtor. | Case No.: 20-50182<br><br>*Chapter 11*<br><br>*RS: ETW-002*<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>Date: June 3, 2021<br>Time: 10:00 a.m.<br>Judge: M. Elaine Hammond<br>         **via Zoom** |

    This matter came before the Court on proper notice on June 3, 2021, 10:00 a.m. by video conference, the Honorable M. Elaine Hammond, presiding. Edward T. Weber appeared for Movant. William W. Winters appeared for Debtor. William Healy appeared for the Joyce creditors, and Trevor Fehr appeared for the United States Trustee. After consideration of the

motion, the Court's records, the withdrawal of the opposition by Debtor, the evidence presented, argument of counsel and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The Motion is GRANTED under 11 U.S. C. §362(d)(1) and (d)(2). Movant may proceed with foreclosure and seek post-foreclosure possession of real property in the event the Movant becomes the record owner of the property following foreclosure, and any other applicable non-bankruptcy remedies.

2. That the fourteen (14) day stay under F.R.B.P. 4001(a)(3) is waived;

3. The real property affected by this Order is commonly described as:

**194 LANTZ DRIVE, MORGAN HILL, CALIFORNIA 95037**

**Real Property in the County of Santa Clara, State of California, described as follows:**

**PARCEL NO. 1**

**PORTION OF THAT PROPERTY SHOWN AS PARCEL "A" ON THAT PARCEL MAP FILED FOR RECORD IN BOOK 319 OF MAPS, AT PAGE 4, SANTA CLARA COUNTY RECORDS, DESCRIBED AS FOLLOWS:**

**BEGINNING AT THE NORTHERNMOST CORNER OF SAID PARCEL "A" AND PROCEEDINGS S. 41º 45' E., ALONG THE NORTHEASTERLY LINE OF SAID PARCEL "A" 241.08 FEET; THENCE S. 50º 37' W., 369.72 FEET TO A POINT ON THE SOUTHWESTERLY LINE OF SAID PARCEL "A" AS SHOWN ON SAID MAP; THENCE N. 39º 23' W, ALONG LAST SAID LINE 229.15 FEET TO A POINT ON THE NORTHWESTERLY LINE OF SAID PARCEL "A"; THENCE N. 48º 45' E., ALONG LAST SAID LINE 359.94 FEET TO THE POINT OF BEGINNING.**

**PARCEL TWO:**

**AN EASEMENT FOR WATER PIPE LINE 10 FEET WIDE, DESCRIBED AS FOLLOWS:**

| | |
|---|---|
| 1 | |
| 2 | **BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF PARCEL 3, SAID POINT OF BEING ON THE NORTHEASTERLY LINE OF LANTZ AVENUE, AS SAID PARCEL AND AVENUE ARE SHOWN ON THE PARCEL MAP FILED ON AUGUST 25, 1975 IN BOOK 307 OF MAPS, AT PAGE 31, SANTA CLARA COUNTY RECORDS; THENCE S. 48º 45 99 W., 10.00 FEET TO THE POINT OF BEGINNING.** |

**BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF PARCEL 3, SAID POINT OF BEING ON THE NORTHEASTERLY LINE OF LANTZ AVENUE, AS SAID PARCEL AND AVENUE ARE SHOWN ON THE PARCEL MAP FILED ON AUGUST 25, 1975 IN BOOK 307 OF MAPS, AT PAGE 31, SANTA CLARA COUNTY RECORDS; THENCE S. 48º 45 99 W., 10.00 FEET TO THE POINT OF BEGINNING.**

**PARCEL THREE:**

**AN EASEMENT FOR WATER PIPE LINE 10 FEET WIDE, DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF PARCEL B, SAID POINT BEING ON THE NORTHEASTERLY LINE OF LANTZ AVENUE, AS SAID PARCEL AND AVENUE ARE SHOWS ON PARCEL MAP FILED MARCH 20, 1973 IN BOOK 319 OF MAPS, AT PAGE 3, SANTA CLARA RECORDS; THENCE N. 51º 02' E., 185.00 FEET; THENCE N. 38º 58' W., 10.00 FEET; THENCE S. 51º 02' W., 184.93 FEET; THENCE S. 39º 23' E., 10.00 FEET TO THE POINT OF BEGINNING.**

**APN 712-04-100**

***END OF ORDER***

**COURT SERVICE LIST:**

*Debtor*
Pierce Contractors, Inc.
194 Lantz Drive
Morgan Hill, CA 95037