Lars T. Fuller (No. 141270)
Sam Taherian (No. 170953)
Joyce K. Lau (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorney for Debtor

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>PIERCE CONTRACTORS, INC.<br><br>Debtor | CASE NO.: 20-50182-MEH<br><br>CHAPTER 11<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL** |

COMES NOW DEBTOR and respectfully responds to this Court's Order to Show Cause re Dismissal as follows:

BACKGROUND

1. Debtor, represented by Mlnarik Law Group, Inc. filed the herein case on Jan. 13, 2020.

2. Debtor is the owner of real property at 194 Lantz Drive Morgan Hill, CA 95037 ("Property" hereinafter). Per appraisal from Michael Barcells, the Property had a value as of Feb. 3, 2021 of $1,750,000.

3. As of the petition date, the Property was encumbered as follows:

```
1st trust deed    - Sassan Raissi, et al            $1,614,709.91
2nd Trust Deed Richard & Yong Joyce                 $  487,799.84
3rd Trust Deed- Richard & Yong Joyce                $  311,361.68
                                                    $2,413,871.43
```

1
Response to Order to Show Cause re Dismissal

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

4. On Nov. 9, 2020 Sassan Raissi, et al filed a motion for relief from the automatic stay. On June 15, 2021, an Order for Relief from the Automatic Stay was entered. A new Notice of Sale has been published.

5. Notwithstanding the relief from stay order, Debtor believes he has a confirmable plan and is prepared to expedite the case towards confirmation as follows:

    a. Debtor is evaluating re-designating case to a Subchapter V

    b. Debtor will bring a motion to value to pay in full or possibly cram 1st trust deed and to cram/strip junior liens

    c. Concurrently debtor will bring a motion for a new private money 1st trust deed (term sheet already received) to take out the existing first trust deed with a cash infusion tentatively estimated at approximately $800,000 from Richard Pierce's sons.

WHEREFORE Debtor respectfully requests that the case not be dismissed.

Dated: June 24, 2021                  THE FULLER LAW FIRM, P.C.

/s/ Lars T. Fuller
Attorney for Debtor