Entered on Docket
July 02, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: July 1, 2021

*M. Elaine Hammond*
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Pierce Contractors, Inc.,<br><br>　　　　　　　　　Debtor. | Case No. 20-50182 MEH<br><br>Chapter 11<br><br><u>Video Hearing</u><br>Date:　July 1, 2021<br>Time:　10:00 a.m. |

### ORDER DISMISSING CASE
### PURSUANT TO ORDER TO SHOW CAUSE

    The court issued an order to show cause to determine why this case should not be dismissed based on Debtor's inability to propose a plan capable of confirmation.  Debtor timely filed an opposition.  The court held a hearing on the matter on July 1, 2021.  Appearances were as stated on the record.

    Because Debtor withdrew its opposition at the hearing, and as no party opposed dismissal of the case, pursuant to the order to show cause, the case is DISMISSED.

    IT IS SO ORDERED.

**END OF ORDER**

1

**COURT SERVICE LIST**

All ECF Recipients

2